**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **20-00864** |
| **Wesley Tyus** | ) | | |
| | ) | **Chapter:** | **Chapter 7** |
| **Debtor** | ) | | |
| | ) | **Judge:** | **Deborah L. Thorne** |

**NOTICE OF MOTION**

TO**:** See attached list

PLEASE TAKE NOTICE that on **June 10, 2021 at 9:00 a.m.**, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present **MOTION TO REOPEN BANKRUPTCY TO FILE CERTIFICATION OF COMPLETION OF FINANCIAL MANAGEMENT COURSE AND FOR ENTRY OF A DISCHARGE**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is 160 9362 1728 and no password is required. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By:**   */s/ Shera Bucchianeri*
Shera Bucchianeri
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** ) | Case No: | 20-00864 |
|     **Wesley Tyus** ) | | |
| ) | Chapter: | Chapter 7 |
|         **Debtor** ) | | |
| ) | Judge: | Deborah L. Thorne |

## CERTIFICATE OF SERVICE

I, Shera Bucchianeri, do hereby certify that I caused a copy of this notice and attached document to be mailed to the listed persons, at their respective addresses, first-class postage prepaid, by depositing the same in the U.S. Mail at 55 E. Monroe St., Chicago, Illinois, 60603, before 5:30 p.m. on May 18, 2021.

## LIST OF PARTIES SERVED

N. Neville Reid, Fox Hefter Swibel Levin, et.al 200 W. Madison St. # 3000, Chicago, IL 60606

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Wesley Tyus, 5722 W. Washington Blvd. #204, Chicago, IL 60644

ALL CREDITORS ON THE ATTACHED LIST

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago IL 60602

Arnold Scott Harris PC
Bankruptcy Dept.
111 W Jackson Blvd Ste 600
Chicago IL 60604

Credit Acceptance CORP
Attn: Bankruptcy Dept.
Po Box 513
Southfield MI 48037

Creditors Discount & A
Attn: Bankruptcy Dept.
415 E Main St
Streator IL 61364

Secretary of State
Attn: Safety & Financial Resp
2701 S. Dirksen Pkwy.
Springfield IL 62723

Speedy CASH 133
C/O AD Astra Recovery SERV
7330 W 33Rd St N Ste 118
Wichita KS 67205

State Farm Mutual
On behalf of Shamika Davis
One State Farm Plaza
Bloomington IL 61710

Clerk, Fourth Mun Div
Bankruptcy Dept.
1500 Maybrook Dr #236
Maywood IL 60153

Harry Ray Chiles Jr
Bankruptcy Department1737 S
Naperville #207
Wheaton IL 60189

Vincent Whitley
Goldman and Grant
205 W Randolph #1100
Chicago IL 60606

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago IL 60602

Kai Advantage Auto
Bankruptcy Department150 E Pierce
Rd Ste 600
Itasca IL 60143

Wakefield & Associates
Attn: Bankruptcy Dept.
7005 Middlebrook Pike
Knoxville TN 37909

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No:   20-00864 |
| Wesley Tyus | ) | |
| Debtor, | ) | Chapter:   Chapter 7 |
| | ) | |
| | ) | Judge:  Deborah L. Thorne |

### MOTION TO REOPEN BANKRUPTCY TO FILE CERTIFICATION OF COMPLETION OF FINANCIAL MANAGEMENT COURSE AND FOR ENTRY OF A DISCHARGE

The Debtor, Mr. Wesley Tyus (the "Debtor"), by and through his attorneys, Geraci Law LLC, hereby submits this Motion to reopen his case in order to file a certification of completion of an instructional course concerning personal financial management and for entry of a discharge, and in support, alleges as follows:

1. The Debtor filed a Chapter 7 Voluntary Petition on 01/13/2020.

2. The Debtor appeared and testified at the scheduled Section 341 Meeting of Creditors on 02/20/2020 and a no asset report was filed by the Chapter 7 Trustee on 03/10/2020.

3. The Debtor's Chapter 7 case was closed without entry of a discharge on 04/24/2020 for failure to file a certification of completion of an instructional course concerning personal financial management (hereinafter "Form 23") pursuant to 11 U.S.C. Sections 111 and 727, and Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure.

4. On 05/13/2021, the Debtor completed an instructional course concerning personal financial management through an approved provider in accordance with 11 U.S.C Sec. 111 and the certificate was filed the same date.

5. The Debtor has complied with all other requirements of the Bankruptcy Code and BAPCA.

WHEREFORE, the Debtor respectfully requests that the Court grant their Motion to Reopen his case in order to file Form 23, and for the entry of a discharge pursuant to 11 U.S.C. Sec. 727, and for any other and further relief that the Court deems just and equitable.

Respectfully submitted,

*/s/Shera Bucchianeri*
Shera Bucchianeri

**Attorneys for the Debtor**
Geraci Law LLC
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800